**Order entered July 1, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00444-CV

**STEPHEN PERL, ET AL., Appellants**

**V.**

**MICHAELS STORES, INC., ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18862**

## ORDER

Before the Court is appellees' June 29, 2022 unopposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **July 25, 2022**.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE